# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:23−cv−04790−AGT

Keifer v. SLT Lending SPV, Inc.

Assigned to: Magistrate Judge Alex G. Tse

Case in other court:  Contra Costa County Superior Court, C23−01432

Cause: 28:1332 Diversity−Breach of Contract

Date Filed: 09/18/2023

Date Terminated: 11/14/2023

Jury Demand: Plaintiff

Nature of Suit: 360 P.I.: Other

Jurisdiction: Diversity

## Plaintiff

**David Keifer**

*individually and on behalf of all others similarly situated*

represented by **Abbas Kazerounian**
Kazerounian Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
(800) 400−6808
Fax: (800) 520−5523
Email: ak@kazlg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mona Amini**
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
(800) 400−6808
Fax: (800) 520−5523
Email: mona@kazlg.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**SLT Lending SPV, Inc.**

*doing business as*

Sur La Table, Inc.

represented by **Victoria Leigh Weatherford**
Baker & Hostetler LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
415−659−2634
Fax: 415−659−2601
Email: vweatherford@bakerlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2023 | Ï 1 | NOTICE OF REMOVAL *of Civil Action From State Court* from Contra Costa County Superior Court. Their case number is C23−01432, (Filing Fee: $402.00, receipt number ACANDC−18654865). Filed by SLT Lending SPV, Inc. d/b/a Sur La Table. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet Civil Cover Sheet)(Weatherford, Victoria) (Filed on 9/18/2023) (Entered: 09/18/2023) |

| | | |
|---|---|---|
| 09/18/2023 | Ï 2 | *Notice* by SLT Lending SPV, Inc. d/b/a Sur La Table *of Pendency of Other Action or Proceeding* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Weatherford, Victoria) (Filed on 9/18/2023) (Entered: 09/18/2023) |
| 09/18/2023 | Ï 3 | Request for Judicial Notice *in Support of Notice of Removal of Civil Action From State Court* filed bySLT Lending SPV, Inc. d/b/a Sur La Table. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Weatherford, Victoria) (Filed on 9/18/2023) (Entered: 09/18/2023) |
| 09/18/2023 | Ï 4 | Certificate of Interested Entities by SLT Lending SPV, Inc. d/b/a Sur La Table identifying Corporate Parent SLT Lending SPV, Inc. for SLT Lending SPV, Inc. d/b/a Sur La Table. (Weatherford, Victoria) (Filed on 9/18/2023) (Entered: 09/18/2023) |
| 09/18/2023 | Ï 5 | Declaration of Victoria L. Weatherford in Support of 1 Notice of Removal, filed bySLT Lending SPV, Inc. d/b/a Sur La Table. (Related document(s) 1 ) (Weatherford, Victoria) (Filed on 9/18/2023) (Entered: 09/18/2023) |
| 09/19/2023 | Ï 6 | Case assigned to Magistrate Judge Alex G. Tse.

Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.

Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 10/3/2023. (ark, COURT STAFF) (Filed on 9/19/2023) (Entered: 09/19/2023) |
| 09/19/2023 | Ï 7 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 12/15/2023. Initial Case Management Conference set for 12/22/2023 02:00 PM in San Francisco, Courtroom A, 15th Floor. (mbc, COURT STAFF) (Filed on 9/19/2023) (Entered: 09/19/2023)** |
| 09/19/2023 | Ï 8 | CERTIFICATE OF SERVICE by SLT Lending SPV, Inc. re 2 Notice (Other), 4 Certificate of Interested Entities, 5 Declaration in Support, 3 Request for Judicial Notice, 1 Notice of Removal, (Weatherford, Victoria) (Filed on 9/19/2023) (Entered: 09/19/2023) |
| 09/19/2023 | Ï 9 | CERTIFICATE OF SERVICE by SLT Lending SPV, Inc. re 6 Case Assigned by Intake,, (Weatherford, Victoria) (Filed on 9/19/2023) (Entered: 09/19/2023) |
| 09/25/2023 | Ï 10 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by SLT Lending SPV, Inc... (Weatherford, Victoria) (Filed on 9/25/2023) (Entered: 09/25/2023) |
| 09/25/2023 | Ï 11 | MOTION to Transfer Case *Notice of Motion and Motion to Transfer Venue to the United States District Court for the Northern District of Indiana or, in the Alternative, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction, and Motion to Stay Case Pending Decision on Transfer on Personal Jurisdiction* filed by SLT Lending SPV, Inc.. Motion Hearing set for 11/17/2023 10:00 AM in San Francisco, Courtroom A, 15th Floor before Magistrate Judge Alex G. Tse. Responses due by 10/10/2023. Replies due by 10/17/2023. (Attachments: # 1 Declaration of Victoria L. Weatherford in Support of Motion to Transfer, # 2 Proposed Order)(Weatherford, Victoria) (Filed on 9/25/2023) (Entered: 09/25/2023) |
| 09/25/2023 | Ï 12 | Request for Judicial Notice re 11 MOTION to Transfer Case *Notice of Motion and Motion to Transfer Venue to the United States District Court for the Northern District of Indiana or, in the Alternative, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Juri MOTION to Transfer Case *Notice of Motion and Motion to Transfer Venue to the United States* |

| | | |
|---|---|---|
| | | *District Court for the Northern District of Indiana or, in the Alternative, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Juri MOTION to Transfer Case *Notice of Motion and Motion to Transfer Venue to the United States District Court for the Northern District of Indiana or, in the Alternative, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Juri filed bySLT Lending SPV, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 11 ) (Weatherford, Victoria) (Filed on 9/25/2023) (Entered: 09/25/2023)* |
| 09/26/2023 | 13 | CLERK'S NOTICE TO PLAINTIFF Re: Consent or Declination. Plaintiff shall file a consent or declination to proceed before a magistrate judge by 10/2/2023. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (shy, COURT STAFF) (Filed on 9/26/2023) (Entered: 09/26/2023) |
| 10/25/2023 | 14 | CLERK'S SECOND NOTICE TO PLAINTIFF Re: Consent or Declination. Plaintiff shall file a consent or declination to proceed before a magistrate judge by 10/27/2023. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (Plaintiff's counsel was also notified via telephone.) *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (shy, COURT STAFF) (Filed on 10/25/2023) (Entered: 10/25/2023) |
| 10/27/2023 | 15 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by David Keifer.. (Amini, Mona) (Filed on 10/27/2023) (Entered: 10/27/2023) |
| 11/10/2023 | 16 | Statement of Non−Opposition re 11 MOTION to Transfer Case *Notice of Motion and Motion to Transfer Venue to the United States District Court for the Northern District of Indiana or, in the Alternative, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Juri MOTION to Transfer Case *Notice of Motion and Motion to Transfer Venue to the United States District Court for the Northern District of Indiana or, in the Alternative, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Juri MOTION to Transfer Case *Notice of Motion and Motion to Transfer Venue to the United States District Court for the Northern District of Indiana or, in the Alternative, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Juri filed byDavid Keifer. (Related document(s) 11 ) (Amini, Mona) (Filed on 11/10/2023) (Entered: 11/10/2023)* |
| 11/14/2023 | 17 | **ORDER Granting Unopposed Motion to Transfer Venue by Magistrate Judge Alex G. Tse: granting 11 Motion. (shy, COURT STAFF) (Filed on 11/14/2023) (Entered: 11/14/2023)** |
| 11/14/2023 | | case electronically transmitted to the Northern District of Indiana. (tn, COURT STAFF) (Filed on 11/14/2023) (Entered: 11/14/2023) |