# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

DAVID KEIFER
*individually and on behalf of all others similarly situated*

   Plaintiff

  v.

             Civil Action No.  2:23-cv-394

SLT LENDING SPV INC
*doing business as* Sur La Table, Inc.

   Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

____  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

  _X_  Other:  This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

 _X_  decided by Judge Gretchen S Lund on Motion to Dismiss.

DATE: 11/18/2025       CHANDA J. BERTA, CLERK OF COURT


         by   s/A. Highlen_____
         *Signature of Clerk or Deputy Clerk*